IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANNA GABRIELIAN &<br>JAMIE LEE HENRY | SAG-22-336 |

# MOTION TO UNSEAL

The United States hereby informs this Court that the above-captioned defendants have been arrested, and the indictment is therefore unsealed. The United States now moves to unseal the docket in the above-captioned case and to have the unsealed indictment placed on the docket.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Aaron S.J. Zelinsky
Assistant United States Attorney

So ORDERED,

_____   September 29, 2022
THE HONORABLE BRENDAN A. HURSON                Date
UNITED STATES MAGISTRATE JUDGE