IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Crim No.  SAG-22-336 |
| ANNA GABRIELIAN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

I have reviewed the Sealed Motion to Modify the Conditions of Release filed by Anna Gabrielian seeking to relax the strict conditions of pretrial release that I imposed on September 29, 2022. ECF 24 (Under Seal).[1] The Government opposes the request. ECF 27 (Under Seal). I find that no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2021); Loc. R. 207 (D. Md. 2021). While I am pleased that Ms. Gabrielian has thus far complied with terms of her pretrial supervision, I nonetheless deny the request without prejudice.

As I noted at the initial appearance, the unique nature and circumstances of the alleged offense, among other relevant factors outlined in 18 U.S.C. § 3142(g), mandated strict conditions of pretrial supervision. Those same factors require me to be particularly cautious in granting modifications. The Government raises legitimate concerns regarding Ms. Gabrielian's inability to locate her passport, her alleged reference to fleeing the country during the commission of the charged offense, and the proximity of a requested excursion to a major airport. ECF 27, at 2. I, too, share these concerns but do not find them to be dispositive of the question of whether a modest adjustment to pretrial releases conditions is warranted. Regardless, given that Ms.

---

[1] Though the Motion to Modify and the Government's Response are appropriately filed under seal, this Order is to be filed on the public docket as it does not explicitly reference the protected content of the sealed filings.

Gabrielian has been under supervision for a short period of time, I do not believe that a modification to the current release conditions is currently appropriate. At minimum, Ms. Gabrielian must exhibit significantly more time in full compliance with the current release conditions and present a more pressing reason for a requested modification[2] before I will consider relaxing the conditions of release.

Ms. Gabrielian has clearly followed the conditions of her pretrial release. However, I do not believe that a modification of those conditions is appropriate at this time. For these reasons, the motion, ECF 24, is **DENIED**.

Dated: November 18, 2022                                         /s/
                                                                                Brendan A. Hurson
                                                                                United States Magistrate Judge

---

[2] One requested modification rests on a concern that a transportation arrangement for a family member necessitated by the release conditions might be discontinued in the future. ECF 24, at 2. While I have no doubt that the concern is real, I am disinclined to modify release conditions based on a mere possibility.