IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO.  1:22-336-SAG |
| | * | |
| ANNA GABRIELIAN and | * | |
| JAME LEE HENRY, | * | |
| Defendants. | | |

**CONSENT MOTION TO MODIFY ANNA GABRIELIAN'S CONDITIONS OF RELEASE**

The Court Order setting Anna Gabrielian's conditions of release places her under home confinement, where she is "restricted to 24-hour-a-day lock-down at [her] current residence except for medical necessities, attorney visits, court appearances, or other activities specifically approved by the court." ECF 10. Ms. Gabrielian seeks Court permission to modify her conditions of release for a three-day period this month as specifically disclosed to, and consented to, by pretrial services and Government counsel, with any changes to be specifically approved by pretrial services and Government counsel in advance.

Respectfully submitted,

SCHERTLER ONORATO MEAD & SEARS, LLP

<u>/s/ *Christopher Mead*</u>
Christopher Mead, Bar No. 08661
Noah Cherry, PRO HAC VICE
555 Thirteen Street, NW
Suite 500 West
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
cmead@schertlerlaw.com
ncherry@schertlerlaw.com

*Counsel for Anna Gabrielian*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2023, a true and correct copy of the foregoing was electronically filed and served on counsel for the United States through ECF.

<em>/s/ Noah Cherry</em>