IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * CRIMINAL NO. 1:22-336-SAG |
| ANNA GABRIELIAN and<br>JAME LEE HENRY, | * |
| Defendants. | |

## ORDER

The Court Order setting Anna Gabrielian's conditions of release places her under home confinement, where she is "restricted to 24-hour-a-day lock-down at [her] current residence except for medical necessities, attorney visits, court appearances, or other activities specifically approved by the court." The Court having considered Ms. Gabrielian's Consent Motion to Modify Conditions of Release, it is

**HEREBY ORDERED**, that Anna Gabrielian's conditions of release may be modified for a three-day period this month as specifically disclosed to, and consented to, by Pretrial Services and Government counsel, with any changes to be specifically approved by Pretrial Services and Government counsel in advance.

_____
The Honorable Brendan A. Hurson
United States Magistrate Judge

ENTERED this 10th day of April 2023.