IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * CRIMINAL NO. 1:22-336-SAG |
| ANNA GABRIELIAN and JAMIE LEE HENRY, | * |
| Defendants. | * |

## ORDER

The Court Order setting Defendants' conditions of release places them under home confinement, where they are "restricted to 24-hour-a-day lock-down at [their] current residence except for medical necessities, attorney visits, court appearances, or other activities specifically approved by the court." The Court having considered Defendants' Consent Motion to Modify Conditions of Release, it is

**HEREBY ORDERED**, that Anna Gabrielian's and Jamie Henry's conditions of release are modified to allow attendance at church services with notice and approval of pretrial services; and it is

**FURTHER ORDERED**, that Anna Gabrielian's and Jamie Henry's conditions of release are modified to allow them to leave the home for thirty minutes each day for exercise with notice and approval of pretrial services; and it is

**FURTHER ORDERED**, that Anna Gabrielian's conditions of release are modified to allow her to pick up and drop off her child at school with notice and approval of pretrial services; and it is

**FURTHER ORDERED**, that Jamie Henry's conditions of release are modified to allow Dr. Henry to leave the home to pick up and drop off Dr. Henry's oldest son at his school or place of residence, consistent with a visitation order presently in place, with notice and approval of pretrial services;

ENTERED this ___9th___ day of May 2023.

*/s/ Brendan A. Hurson*
The Honorable Brendan A. Hurson
United States Magistrate Judge