IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * CRIMINAL NO. 1:22-336-SAG |
| ANNA GABRIELIAN and JAMIE LEE HENRY, | * |
| Defendants. | * |

## ORDER

The Court Order setting Anna Gabrielian's conditions of release places her under home confinement, where she is "restricted to 24-hour-a-day lock-down at [her] current residence except for medical necessities, attorney visits, court appearances, or other activities specifically approved by the court." The Court having considered Ms. Gabrielian's Motion to Modify Conditions of Release, it is

**HEREBY ORDERED**, that Anna Gabrielian may stay overnight in Baltimore the night of May 23 and 24 to allow her to prepare for her potential testimony.

/s/
The Honorable Brendan A. Hurson
United States Magistrate Judge

ENTERED this 19th day of May 2023.