IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. SAG-22-336 |
| ANNA GABRIELIAN & JAMIE LEE HENRY | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated on the record during yesterday's proceedings, it is this 23rd day of May, 2023, by the United States District Court for the District of Maryland, ORDERED that Defendants' Joint Motion for Additional Peremptory Challenges, ECF 52, is GRANTED IN PART. Defendants were jointly provided three additional peremptory challenges for use during the jury selection process.

/s/
Stephanie A. Gallagher
United States District Judge