

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Aaron S.J. Zelinsky*
*Assistant United States Attorney*
*Aaron.Zelinsky@usdoj.gov*

*Mailing Address:*
*36 S. Charles Street, 4th Floor*
*Baltimore, MD 21201*

*Office Location:*
*36 S. Charles Street, 4th Floor*
*Baltimore, MD 21201*

*DIRECT: 410-209-4928*
*MAIN: 410-209-4800*

June 1, 2023

Hon. Stephanie A. Gallagher
United Stated District Court
101 W. Lombard Street
Baltimore, MD 21201

      Re:    <u>United States v. Gabrielian, SAG-22-336</u>

Dear Judge Gallagher:

    The Government writes to update the Court regarding the status of this matter. The Government is prepared to proceed to retrial against both defendants as soon as the Court's schedule permits.

    Government counsel will speak with defense counsel regarding availability and follow up with chambers.

                                  Very truly yours,

                                  Erek L. Barron
                                  United States Attorney

                                  _____/s/_____
                                  Aaron S.J. Zelinsky
                                  P. Michael Cunningham
                                  Assistant United States Attorneys