IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| v. | * CRIMINAL NO. 1:22-336-SAG |
| **ANNA GABRIELIAN and JAMIE LEE HENRY,** | * |
| Defendants. | * |

**[PROPOSED] ORDER**

Defendants having moved for an extension of time until June 26, 2023 to file a renewed motion under Rule 29 for a judgment of acquittal, and it appearing that the Government consents to the request, it is

**HEREBY ORDERED**, that Defendants Motion for Extension of Time to File Renewed Rule 29 Motion is granted, and that Defendants may file their renewed Rule 29 motion on or before June 26, 2023.

/s/
The Honorable Stephanie A. Gallagher
United States District Judge

ENTERED this \_\_5th\_\_ day of June 2023.