UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANNA GABRIELIAN and<br>JAMIE LEE HENRY,<br><br>**Defendants** | CASE NO. SAG-22-336 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO RULE 29 MOTION**

The Court has previously granted Defendants two extensions of time in which to file their Renewed Rule 29 motion in this matter. *See* ECF 142. The Government hereby requests an addition four (4) weeks to file its response, until Monday, August 21, 2023. The Defendants do not oppose this request. A proposed order is attached.

Respectfully submitted,

Erek L. Barron
United States Attorney

\_\_/s/_____
Aaron S.J. Zelinsky
Assistant United States Attorney

1

## **CERTIFICATE OF SERVICE**

      This is to certify on this 24th of July, 2023, that a copy of the foregoing Motion was served on counsel of record via the Court's electronic case filing and case management system.

                                                                \_\_/s/_____
                                                               Aaron S.J. Zelinsky
                                                                Assistant United States Attorney