IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. 1:22-336-SAG |
| ANNA GABRIELIAN and JAMIE LEE HENRY, | * | |
| Defendants. | * | |

## ORDER

The Court having considered the Consent Motion to Modify Defendants' Conditions of Release and it appearing that Pretrial and the Government consent, it is this 9th day of August, 2023:

**HEREBY ORDERED**, that Defendants' conditions of release are modified as follows:

Defendants are still not permitted to travel within one mile of BWI, IAD, and DCA (or any other international airport) unless given permission by Pretrial Services (or when travelling to court appearances in Baltimore).

Defendants are permitted to drive to North Carolina for a vacation during a period between August 15-August 30 at specific times and locations to be approved by Pretrial Services and subject to any additional reporting required by Pretrial Services.

/s/
_____
The Honorable Brendan A. Hurson
United States Magistrate Judge