**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** <br> **STEPHANIE A. GALLAGHER** <br> **UNITED STATES DISTRICT JUDGE** <br> **MDD_SAGchambers@mdd.uscourts.gov** | **101 WEST LOMBARD STREET** <br> **BALTIMORE, MARYLAND 21201** <br> **(410) 962-7780** |

September 12, 2023

LETTER TO COUNSEL

    Re:  <u>U.S.A. v. Gabrielian, et al.</u>
           Criminal Case No. SAG-22-0336

Dear Counsel:

    This will confirm that a motions hearing has been scheduled in this case for **September 21, 2023 at 10:00 a.m.** in courtroom 7C.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                  Sincerely yours,

                                                  /s/

                                                  Stephanie A. Gallagher
                                                  United States District Judge