**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

September 27, 2023

LETTER TO COUNSEL

    Re:   <u>U.S.A. v. Gabrielian, et al.</u>
            Criminal Case No. SAG-22-0336

Dear Counsel:

    This will confirm the briefing schedule that has been set for Motions in Limine.

        October 9, 2023:      Deadline for motions.

        October 23, 2023:     Responses

        October 30, 2023:     Replies

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                        Sincerely yours,

                                        /s/

                                      Stephanie A. Gallagher
                                      United States District Judge